JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SILVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., ET AL.,<br><br>　　　　Defendants. | CV 10-5664 PA (SSx)<br><br>JUDGMENT |

　　　Pursuant to the Court's Minute Orders of November 8, 2010, and January 24, 2011, dismissing with prejudice plaintiff Christian Silver's ("Plaintiff's") claims against defendants Bank of America N.A. and JPMorgan Chase Bank, N.A. ("Defendants")for violation of the Truth in Lending Act ("TILA"),

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on his claims for violation of TILA.

　　　IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

　　　IT IS SO ORDERED.

DATED: January 24, 2011　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE